UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRITI SHUKLA,

    *Plaintiff*,

v.                                                                                  No. 8:24-cv-2791

BOTTOM LINE CONCEPTS LLC,

    *Defendant*.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

☐   **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.

☒   **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: December 3, 2024         Respectfully submitted,

                                                  */s/ Avi R. Kaufman*
                                                  Avi R. Kaufman (FL Bar no. 84382)
                                                  kaufman@kaufmanpa.com
                                                  Rachel E. Kaufman (FL Bar no. 87406)
                                                  rachel@kaufmanpa.com

>K<small>AUFMAN</small> P.A.
>237 South Dixie Highway, 4th Floor
>Coral Gables, FL 33133
>Telephone: (305) 469-5881
>
>*Counsel for Plaintiff and the putative Classes*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

>*/s/ Avi R. Kaufman*